IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDY O. ALVAREZ QUINTANILLA, | |
| Petitioner, | 8:25CV607 |
| vs. | |
| KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in their official capacity as Secretary of State of the United States; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; PETER BERG, in their official capacity as St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and MICHAEL KIRN, in their official capacity as Phelps County Sheriff, Official of Phelps County Jail; | ORDER |
| Respondents. | |

This matter is before the Court on petitioner Fredy O. Alvarez Quintanilla's Motion to Withdraw Petition for Writ of Habeas Corpus. (Filing No. 4). Quintanilla explains that since he filed the petition, an immigration judge denied his application for asylum and entered a final order of removal against him. (Filing No. 4 at 2). The issues raised in his habeas petition, he says, "are now moot." (Filing No. 4 at 2). The Court agrees and will grant Quintanilla's motion. *See Ali v. Cangemi*, 419 F.3d 722, 723-24 (8th Cir. 2005). Accordingly,

**IT IS ORDERED:**

1. Petitioner Fredy O. Alvarez Quintanilla's Motion to Withdraw Petition for Writ of Habeas Corpus (Filing No. 4) is granted.
2. This case is dismissed without prejudice.

Dated this 12th day of November, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge